# RULES OF PROCEDURE

## SOUTH PALM BEACH, FLORIDA, TOWN COUNCIL

### RULE 1 — ESTABLISHMENT OF RULES BY TOWN COUNCIL

In accordance with the provisions of the Town Charter of the Town of South Palm Beach, the Town Council hereby adopts the following rules of procedure by Resolution with a majority of members concurring.

A.  Such rules may be amended from time to time by the adoption of a resolution with a majority of members concurring. The rules, or portions thereof, may be waived or suspended when necessary from time to time by a majority vote of the council members.

B.  No provision or section of the rules adopted which restrict or conflicts with those rights provided by the Constitution of the United States, the Constitution of the State of Florida, the Charter and Ordinances of the Town of South Palm Beach or general law shall have any force or effect.

C.  Robert's Rules of Order shall control where no provisions are made in these rules or where not in conflict with these rules.

### RULE 2- MEETINGS OF THE TOWN COUNCIL

A.  The Town Council shall hold an organizational meeting at the next regularly scheduled Town Council Meeting following a regular municipal election for the purpose of administering the oath of office to the newly elected officials and electing a Vice Mayor who shall hold office for a period of one year in accordance with Section 2-2 of the Town Charter.

B.  On the fourth Tuesday of April, the Town Council shall appoint members to boards, commission, and committees. The terms of members shall be for three year staggered terms and shall commence on May 1st of the applicable year. All terms shall expire on April 30th of the applicable year in accordance with Section 2-76 of the Town Code of Ordinances.

C.  Regular meetings will be held once each month on the fourth Tuesday at 7:30 p.m. The Town Council may, by a majority vote of its members, reschedule regular meetings when necessary.

D.  Meetings shall be held in the Town Council Chambers or such other place available to the public within the Town provided that a public notice shall be posted as provided in Section 2E. hereinbelow.

E. Special meetings may be called by the Mayor or Vice Mayor or by any three (3) members of the Town Council with at least twelve (12) hours notice in writing to each council member and with public notice provided at least twenty-four (24) hours in advance by posting same on the Town bulletin board as provided at Section 2-6(e)(2) of the Town's Charter.

1. Such meeting notice shall indicate the dates time, place and purpose of the meeting. Only matters relating directly to the stated purpose(s) of the special meeting may be considered during that meeting.
2. In case of an emergency requiring the immediate gathering of the Town Council for decisions affecting the public health, safety and welfare, the Town Council may meet with the public being afforded the most appropriate and effective notice under the circumstances.

F. Upon request in writing, any person may obtain reasonable advance notification of all Town Council meetings.

G. No meeting may take place without a quorum of Town Council members present. A majority of the elected body (three (3) council members) constitutes a quorum of the Town Council.

## RULE 3 — LEGISLATION

A. An Ordinance shall be an official legislative action of the Town Council, which action is a regulation of a general and permanent nature and enforceable as a local law. All ordinances shall be adopted in accordance with State Law. The Town Council may enact an emergency ordinance with an affirmative vote of four (4) Council Members; except as provided for by Florida Statutes for zoning.

B. A Resolution shall be an expression of the Town Council concerning matters of administration, an expression of a temporary character, or a provision for the disposition of a particular item of the administrative business before the Town Council. All resolutions shall be adopted in accordance with State Law.

C. The Town Council as a body, any member of the Town Council, any committee appointed by the Town Council, the Town Manager or the Town Attorney may propose legislation. All legislation shall be in proper written from and approved as to form by the Town Attorney. Signed legislation shall become effective as provided by law.

## RULE 4 — MOTIONS

A. A motion, less formal than a resolution, may be used for other action of the Town Council and for matters of parliamentary procedure. Roberts Rules of Order shall be observed to the extent feasible when dealing with motions.

## RULE 5—VOTING

A. Voting on all matters shall be oral and open. Each member of the Town Council shall vote in the affirmative or negative on all matters coming to a vote at a regular or special meeting. Generally, voting shall be by voice vote unless it is impossible to ascertain how each member voted, in which case a show of hands or a roll call vote will be requested. Any member of the Council may request a roll call vote on any measure before the Council prior to the vote being taken.

B. A majority, generally consisting of three affirmative votes, shall carry, adopt or approve any motion before the Town Council unless otherwise provided by law or outlined elsewhere in these rules.

C. Each Town Council member present must vote on all issues and may abstain only when required to do so by Florida Statute. When a member is required to abstain from voting a question, the member is disqualified from voting and may not be counted for the purposes of determining a quorum for that specific item.

D. The Mayor or presiding officer, or the Town Clerk for a roll call vote, shall declare the results of each vote and the Town Clerk shall record the results in the minutes. No member of the Town Council may change his or her vote after the vote has been declared unless the motion is reconsidered as provided for in Roberts Rules of Order.

## RULE 6— CONDUCT OF BUSINESS

A. Any member of the Town Council, the Town Manager or the Town Attorney may request that a matter of business be placed on the agenda for a regular meeting, provided such request is received by the Town Clerk as provided in 6B.

B. An agenda of business to be considered by the Town Council shall be prepared whenever possible at the close of business the Wednesday prior to regular meetings. Supporting documentation shall be received by the Town Clerk by close of business Thursday prior to the meeting whenever possible. In the case of special or emergency meetings, the provisions of the Public Records and Open Meetings laws shall prevail.

C. Any member of the Town Council may move to add a matter of business to the agenda during a regular meeting, provided that a motion to modify the agenda is approved by a majority of the Town Council.

D. The Mayor or presiding officer shall conduct the Town Council meetings in the order outlined by the agenda. The agenda order shall be set by the Town Manager and may be changed from time to time upon request of a majority of the Council or re-ordered at the meeting upon approval by a majority of the Council.

## RULE 7— PUBLIC HEARINGS OTHER THAN FOR ORDINANCE PASSAGE

A. The Mayor, a member of the Town Council, a staff member or consultant shall give a brief explanation of the item under hearing.

B. The Public Hearing shall be opened with proponents stating their case first followed by opponents and then rebuttal. The three (3) minute speaking rule set forth at Rule 9 is not in effect for applicants presenting cases at public hearings who shall be provided sufficient time to present materials in accordance with due process mandates. While all parties in interest shall have an ample opportunity to speak, the Mayor or presiding officer may limit debate that is excessive, not germane to the subject of the hearing, or repetitive.

C. Comments and questions by councilors and the administration shall be reserved for the period following the public discussion.

D. The public hearing shall be closed, except for postponement to a definite time, before any debate or Town Council action.

## RULE 8- BOARDS AND COMMIITEES

A. Boards, committees and sub-committees of boards or committees appointed by the Town Council are subject to the Sunshine Law, and all meetings shall be held in the Town Hall or such other convenient location as approved by the Town Council with proper notice, as provided by law.

B. Advisory boards, committees, and sub-committees shall forward minutes of all meetings to the Town Clerk for distribution to the Town Council and Town Manager. Meeting minutes shall contain a clear, concise statement of ideas and issues expressed in each meeting. Within any board, committee or sub-committee meeting, each member is free to express his or her ideas concerning the issues before the committee. Each Town Councilor may attend any advisory board, committee or sub-committee meeting, and may enter the discussion, and express opinions. However, no member of the Town Council shall attempt to control the meeting, or influence the outcome or recommendation of a board or committee. It is the express intent of the Town Council that advisory board, committee and sub-committee members shall be free from any undue influence by individual Town Council members, and that outcomes and recommendations of such boards shall be dealt with exclusively at Town Council meetings.

C. A Town Council member may provide a written position statement to a committee, with a copy furnished simultaneously to the Town Clerk for distribution to the remaining Town Council members and Town Manager.

## RULE 9—PUBLIC PARTICIPATION

The Town Council welcomes comments from the public. Any person wishing to address the Council on topics not on the agenda may speak under the portion of the agenda entitled "Public Comments"; otherwise interested persons may speak on specific agenda items. Each speaker will be allowed one opportunity per topic to speak for a maximum of three (3) minutes unless allowed additional time by the Council. Any citizen so speaking shall identify him/herself by name and address, and if the speaker is speaking for a group or organization, she/he may so state. Citizen comments will be directed to the Council as a body through the Mayor. Remarks shall not be addressed to a single member of the Council, the Town Attorney or the Town Manager unless a majority of the Council shall so agree. Council Members are free to ask questions to clarify the intent of the citizens commenting. Citizens shall not attempt to engage Council Members, the Town Manager or Town staff in debate over the issue raised but shall simply make their statement and request that the Town consider the matter.

## RULE 10 – DECORUM AND ORDER

Council Meetings are the official business meetings of the Town government and shall be conducted in a business-like manner.

Decorum and courtesy shall be observed by the Council and by all in attendance. Any person who becomes boisterous and interferes with the continuation of the meeting shall be requested by the Mayor to cease such behavior. Should the behavior continue, the individual shall be escorted from the room by the Chief of Police or his designee. Unauthorized remarks from the audience, outbursts, yelling and/or similar demonstrations shall not be tolerated.

Cell phones, pagers and other electronic or battery operated communication or other devices which create sound are disruptive to the conduct of business and shall be turned off or silenced when entering the Town Hall for a meeting. Violators shall be warned once; then, if there is no compliance with the request, the device shall be removed by the Chief of Police or his designee until the close of the meeting or until the owner desires to leave, at which time it will be returned.

APPROVED AND ADOPTED BY THE TOWN COUNCIL OF THE TOWN OF SOUTH PALM BEACH, THIS 24th DAY OF March, 2009.

Y:\docs\South Palm Beach\Resolutions\2009\Res-02-2009 Town Council Procedures-Ex A-clean.doc

## RESOLUTION NO. 02-2009

A RESOLUTION OF THE TOWN COUNCIL OF THE TOWN OF SOUTH PALM BEACH, FLORIDA, REPEALING RESOLUTION NO. 320 AND ADOPTING REVISED RULES OF PROCEDURES FOR THE TOWN COUNCIL; PROVIDING AN EFFECTIVE DATE; AND FOR OTHER PURPOSES.

WHEREAS, the Charter of the Town of South Palm Beach provides that the Town Council of the Town of South Palm Beach shall adopt Rules of Procedure to guide its proceedings; and

WHEREAS, the Charter of the Town of South Palm Beach provides for review and revision of the rules from time to time.

NOW, THEREFORE, BE IT RESOLVED BY THE TOWN COUNCIL OF THE TOWN OF SOUTH PALM BEACH, FLORIDA, THAT:

Section 1: The Town Council of the Town of South Palm Beach hereby officially repeals Resolution No. 320 and adopts revised "Rules of Procedures" for the Town Council which are attached hereto as Exhibit "A" and made a part hereof as if fully set forth herein.

Section 2: This Resolution shall take effect immediately upon adoption by the Town Council.

Councilor Clayman offered the foregoing Resolution, and moved its adoption. The motion was seconded by Councilor Vice-Mayor McCrosson, and upon being put to a vote, the vote was as follows:

| | | |
|---|---|---|
| Martin Millar, Mayor | | aye |
| Charles J. McCrosson, | Vice Mayor | aye |
| Dr. Joseph Flagello, | Councilor | aye |
| Dr. Donald W. Clayman, | Councilor | aye |
| Brian Merbler, | Councilor | aye |

The Mayor thereupon declared this Resolution approved and adopted by the Town Council of the Town of South Palm Beach on this 24th day of March, 2009.

TOWN OF SOUTH PALM BEACH, FLORIDA

Martin Millar, Mayor

Attest:

Janet K. Whipple, Town Clerk

Approved as to Legal Sufficiency:

Trela J. White, Town Attorney